IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UGI SUNBURY LLC, | : | Case No: 3:16-CV-00783 |
| | : | |
| PLAINTIFF | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| A PERMANENT EASEMENT FOR 0.4944 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 7.2220 ACRES IN LIMESTONE TOWNSHIP, MONTOUR COUNTY, PENNSYLVANIA TAX PARCEL NO. 5-9-85 | : | |
| | : | |
| DENNIS W. BEACHEL 396 FAIRVIEW ROAD DANVILLE, PA 17821 | : | |
| | : | |
| MELISSA K. BEACHEL 396 FAIRVIEW ROAD DANVILLE, PA 17821 | : | |
| | : | |
| THE TURBOTVILLE NATIONAL BANK PO BOX 37 4710 STATE ROUTE 54 TURBOTVILLE, PA 17772-0037 | : | |
| | : | |
| AND ALL UNKNOWN OWNERS, | : | |
| | : | |
| DEFENDANTS | : | |

**ORDER**
June 14, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Plaintiff UGI Sunbury LLC's Motion For Partial Summary Judgment (ECF No. 5) is GRANTED;

2. Plaintiff UGI Sunbury LLC's Motion For Preliminary Injunction (ECF No. 7) is GRANTED;

3. Plaintiff UGI Sunbury, LLC shall post a surety bond with the Clerk of Court in the amount of $58,600.00 payable to "Clerk, U.S. District Court" and sent to the United States Courthouse and Federal Building, Suite 401, 240 West Third Street, Williamsport, Pennsylvania 17701. The surety bond will be held in the vault located in the Clerk's Office, Middle District of Pennsylvania, Williamsport Division.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge