# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, | No. 3:16-CV-00783 |
| Plaintiff. | (Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.4944 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 7.2220 ACRES IN LIMESTONE TOWNSHIP, MONTOUR COUNTY, PENNSYLVANIA TAX PARCEL NO. 5-9-85, | |
| DENNIS W. BEACHEL, | |
| MELISSA K. BEACHEL, | |
| THE TURBOTVILLE NATIONAL BANK, | |
| AND ALL UNKNOWN OWNERS, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 26th day of January 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Enlargement of Time to Submit a Supplemental Expert's Report, ECF No. 56 is **GRANTED.**

2. Plaintiff **MAY FILE** a rebuttal to Defendants' supplemental expert report by February 16, 2018.

3. Defendants' Motion to Stay, ECF No. 62, is **DENIED.**

4. At the March 5, 2018 trial, the parties **SHALL PRESENT** evidence on "just compensation" for the land taken by Plaintiff, as that standard is defined under both federal and Pennsylvania law.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge