# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, | No. 3:16-CV-00783 |
| Plaintiff. | (Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 0.4944 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 7.2220 ACRES IN LIMESTONE TOWNSHIP, MONTOUR COUNTY, PENNSYLVANIA TAX PARCEL NO. 5-9-85, | |
| DENNIS W. BEACHEL, | |
| MELISSA K. BEACHEL, | |
| THE TURBOTVILLE NATIONAL BANK, | |
| AND ALL UNKNOWN OWNERS, | |
| Defendants. | |

## ORDER

**AND NOW**, this 22nd day of February, 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion in Liminie to Exclude Defendant's Expert Report and Testimony, ECF No. 67, is **DENIED.**

2. Defendant's Motion in Limine to Exclude UGI's Expert Report and Testimony, ECF No. 65, is **DENIED.**

3. Resolution of Defendant's Motion in Limine to Use Pennsylvania Law, ECF No. 63, is **STAYED** pending the decision of the United States Court of Appeals for the Third Circuit in *Tennessee Gas Pipeline Co. v. Permanent Easement for 7.053 Acres*, No. 17-3700.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge